# United States of America

## United States Patent and Trademark Office

## Piske&Usagi



**Reg. No. 5,125,409**

**Registered Jan. 17, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Akamatsu Takayoshi (JAPAN INDIVIDUAL)
4F Daichi Bldg.
1-4-43, Miyanishi,
Matsuyama-shi, Ehime, JAPAN 790-0065

CLASS 9: Downloadable image files, namely, downloadable images of human beings, animals, supernatural, fabulous, fantastic or unidentifiable beings, and plants, for further for use on stickers, or as emoticons, icons, and avatars for use in connection with computers, smart phones, and mobile phones

FIRST USE 5-31-2016; IN COMMERCE 10-17-2016

The color(s) yellow, pink, brown and white is/are claimed as a feature of the mark.

The mark consists of wording "Piske&Usagi" in a yellow stylized font. Under the stylized wording is the image of pink rabbit with patches of white outlined in brown, and the image of a white bird with pink cheeks and a yellow beak outlined in brown.

SER. NO. 86-775,384, FILED 10-01-2015
DAVID T TAYLOR, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# kanahei

**Reg. No. 5,205,597**

**Registered May 16, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Akamatsu Takayoshi (JAPAN INDIVIDUAL)
4F Daichi Bldg.
1-4-43, Miyanishi
Matsuyama-shi, Ehime JAPAN 790-0065

CLASS 9: Downloadable image files, namely, downloadable images of human beings, animals, supernatural, fabulous, fantastic or unidentifiable beings, and plants, for further for use on stickers, or as emoticons, icons, and avatars for use in connection with computers, smart phones, and mobile phones

FIRST USE 5-31-2016; IN COMMERCE 10-17-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark identifies "KANAHEI", whose consent(s) to register is made of record.

SER. NO. 86-775,294, FILED 10-01-2015
DAVID T TAYLOR, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office