# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-031-727**

Effective Date of Registration:
March 02, 2017

## Title

        Title of Work:   Piske & Usagi

## Completion/Publication

      Year of Completion:   2015
  Date of 1st Publication:   March 13, 2015
Nation of 1st Publication:   Japan

## Author

-           Pseudonym:   kanahei
      Author Created:   2-D artwork
           Citizen of:   Japan
           Year Born:   1985
     Pseudonymous:   Yes

## Copyright Claimant

    Copyright Claimant:   kanahei
                             4F Daichi Bldg., 1-4-43, Miyanishi,, Matsuyama-shi, Ehime,, 790-0065, Japan

## Certification

                  Name:   Jeffrey H. Greger
                   Date:   March 02, 2017
Applicant's Tracking Number:   4749-C121

        Correspondence:   Yes