IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AKAMATSU TAKAYOSHI,<br><br> Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br> Defendants. | Case No.: 20-cv-3416<br><br>Judge Elaine E. Bucklo |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN FIRST AMENDED SCHEDULE A**

Plaintiff AKAMATSU TAKAYOSHI hereby moves this Honorable Court for entry of Default and Default Judgment against the following Defendants, as identified by defendant number and name in the attached Amended Schedule A.

Plaintiff files herewith a Memorandum of Law in support.

                Respectfully submitted,

Dated: November 3, 2020

         By: s/Michael A. Hierl
            Michael A. Hierl (Bar No. 3128021)
            William B. Kalbac (Bar No. 6301771)
            Hughes Socol Piers Resnick & Dym, Ltd.
            Three First National Plaza
            70 W. Madison Street, Suite 4000
            Chicago, Illinois 60602
            (312) 580-0100 Telephone
            mhierl@hsplegal.com
            wkalbac@hsplegal.com
            Attorneys for Plaintiff
            AKAMATSU TAKAYOSHI

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on November 3, 2020.

/s/ Michael A. Hierl
Michael A. Hierl